# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| ERIC VAN DAM,<br><br>    Plaintiff,<br>v.<br><br>EAST METRO ASC LLC, and DOES 1-10,<br><br>    Defendants | Case No. 0:22-cv-01251 (PJS/JFD)<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

## STIPULATION FOR DISMISSAL

Plaintiff, ERIC VAN DAM, and Defendant, EAST METRO ASC, LLC, by and through their undersigned counsel, hereby stipulate that this action shall be DISMISSED, with prejudice, as between all parties, and, each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: December 15, 2022

| | |
|---|---|
| NYE STIRLING, HALE & MILLER, LLP | MEAGHER & GEER, P.L.L.P. |
| By:   /s/ *Alison M. Bernal* | By:   /s/ *Bradley J. Lindeman* |
| Alison M. Bernal, Esq. | Bradley J. Lindeman, Esq. |
| 33 W. Mission Street, Suite 201 | 33 South Sixth Street, Suite 4400 |
| Santa Barbara, California 93101 | Minneapolis, Minnesota 55402 |
| Telephone: (805) 963-2345 | Telephone: (612) 338-0661 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

I, Alison M. Bernal, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants this 15th day of December, 2022.

                                                                    */s/ Alison M. Bernal*
                                                                         Alison M. Bernal