UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

ERIC VAN DAM,

    Plaintiff,

v.

EAST METRO ASC LLC, and DOES 1-10,

    Defendant.

Case No. 22-CV-1251 (PJS/JFD)

ORDER OF DISMISSAL

---

Based upon the Stipulation for Dismissal filed by the parties on December 15, 2022 [ECF No. 15],

IT IS ORDERED that this action is dismissed with prejudice and on the merits, without costs or disbursements to any party.

Dated: December 16, 2022

                                                s/Patrick J. Schiltz
                                                Patrick J. Schiltz, Chief Judge
                                                United States District Court